UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 2:16-CR-20044-SEM-TSH |
| v. ) | |
| ) | |
| EDWIN J. GIRE and GRAYSON ) | |
| ENTERPRISES, INC., doing ) | |
| business as Gire Roofing, a ) | |
| corporation ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' AGREEMENT WITH CONTINUED TRIAL DATE AND WAIVER OF SPEEDY TRIAL RIGHT

COME NOW, Defendants, Edwin J. Gire and Grayson Enterprises Inc., doing business as Gire Roofing, by and through their attorney, ANDY DEVOOGHT, respectfully, to confirm both their agreement with the continuation of their trial from September 19, 2017, to November 7, 2017, and their waiver of their right to a speedy trial in so far as that right is implicated by the continuation of their trial date.

1. Edwin J. Gire, both in his individual capacity and his capacity as a representative of Grayson Enterprises Inc., fully discussed the continuation of the trial in this case with his attorney before Defendants filed their motion to continue the trial date from September 19, 2017 to November 7, 2017. Mr. Gire agreed with the need for both Defendants to seek to continue the trial in this matter. Mr. Gire similarly discussed Defendants' right to a speedy trial with his attorney. Mr. Gire

waived both his right and that of Grayson Enterprises to a speedy trial in so far as that right is implicated by the continuation of the trial in this case from September 19, 2017 to November 7, 2017.

Dated: October 13, 2017.

_____
Edwin J. Gire (Both in his individual capacity and as a representative of Grayson Enterprises Inc.)

_____
Andrew DeVooght, IL Bar No. 6273361
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60647
Telephone: 312.464.3100
Facsimile: 312.464.3111

Attorney for Defendants