UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 2:16-CR-20044-SEM-TSH |
| v. ) | |
| ) | |
| EDWIN J. GIRE and GRAYSON ) | |
| ENTERPRISES, INC., doing ) | |
| business as Gire Roofing, a ) | |
| corporation ) | |
| ) | |
| Defendants. ) | |

### UNOPPOSED MOTION TO WAIVE RIGHT TO JURY TRIAL AND TO PROCEED BY WAY OF BENCH TRIAL BEFORE THIS COURT

COME NOW, Defendants, Edwin J. Gire and Grayson Enterprises Inc., doing business as Gire Roofing, by and through their attorney, ANDY DEVOOGHT, respectfully, move this Court, unopposed, to waive their right to a jury trial and to proceed by way of bench trial.

1. Edwin J. Gire and Grayson Enterprises Inc., are set to commence trial in their case on Tuesday, November 7, 2017.

2. Defendants knowingly and voluntarily waive their right to a jury trial, and seek to proceed to trial by way of a bench trial before this Court.

3. Counsel for the Defendants has spoken with Assistant United States Attorney Eugene Miller, who indicated that the Government does not object to proceeding by way of a bench trial before the Court in this case.

4. Accordingly, Defendants respectfully request that they be permitted to waive their right to a jury trial and proceed on Tuesday, November 7, 2017, by way of a bench trial before this Court.

Dated: October 30, 2017.                 /s/ Andrew R. DeVooght

Andrew DeVooght, IL Bar No. 6273361
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
Telephone: 312.464.3100
Facsimile: 312.464.3111

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                By:    /s/ Andrew R. DeVooght

                        Andrew DeVooght, IL Bar No. 6273361
                        LOEB & LOEB LLP
                        321 N. Clark Street, Suite 2300
                        Chicago, IL  60654
                        Telephone: 312.464.3100
                        Facsimile: 312.464.3111

                        Attorney for Defendants