IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-cr-20044 |
| ) | |
| EDWIN J. GIRE and GRAYSON ) | |
| ENTERPRISES, INC. d/b/a GIRE ) | |
| ROOFING, ) | |
| ) | |
| Defendants. ) | |

## WAIVER OF TRIAL BY JURY

I, Edwin J. Gire, individually and as an authorized representative of Grayson Enterprises, Inc. d/b/a Gire Roofing (Grayson Enterprises), acknowledge that I was fully informed of my right and Grayson Enterprises' right to a trial by jury in this case. I, on behalf of both Grayson Enterprises and myself, hereby waive that right, request the Court to try all issues of fact and law without a jury, and waive any right to request special findings by the Court.

Dated this 7 day of November, 2017.

s/ Edwin J. Gire

_____
Edwin J. Gire, individually

s/ Edwin J. Gire

_____
Edwin J. Gire, as an authorized representative
of Grayson Enterprises, Inc.

**APPROVED:**

s/ Andrew R DeVooght

_____
Attorney for Defendant

The United States of America consents to Defendants' waiver of a jury trial and waives its right to request special findings by the Court.

s/ Eugene L. Miller

_____
Assistant U.S. Attorney

I find that Defendants have knowingly and voluntarily waived their right to a jury trial, and I hereby approve the waiver.

s/ Sue E. Myerscough

_____
Sue E. Myerscough
United States District Judge