## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No.  16CR20044 |
| EDWIN GIRE and GRAYSON ENTERPRISES, dba GIRE ROOFING, | ) |
| Defendants. | ) |

### MOTION TO VACATE JUNE 4, 2018, SENTENCING DATE

**NOW COMES** EDWIN GIRE, GRAYSON ENTERPRISES, DBA GIRE ROOFING, by and through their attorney, J. STEVEN BECKETT, BECKETT LAW OFFICE, P.C., and for their Motion to Vacate, states as follows:

1. New counsel of record entered his appearance on February 15, 2018. Prior counsel of record has requested to withdraw from this case.

2. New counsel of record has a family commitment out of the country from June 4, 2018 to June 8, 2018, and immediately informed the U S Attorneys Office of his conflict.

3. New counsel has ordered the relevant transcript of proceeding and obtained discovery from the government..

4. New counsel arranged the initial pre-sentence report interview with the United States Probation Office in Urbana and that interview was held on February 20, 2018.

5. New counsel has been diligent in preparation to take on the responsibility of this case.

6. New counsel would be available for a sentencing hearing between June 11 and June 29, 2018 and requests that the cause be re-scheduled for a date and time within that window

of time.

7.  The United States Attorney is aware of all of counsel's efforts, and has no objection to the case being rescheduled to a time within the period that is requested.

8.  That new counsel expects to be fully prepared for the rescheduled sentencing hearing, and brings this motion in the interest of justice and not for purpose of delay.

**WHEREFORE** the Defendant Edwin Gire prays that the Court would vacate the June 4, 2018 sentencing hearing and reschedule said hearing for a date between June 11 and June 29, 2018 and for such other relief deemed just and appropriate.

**BECKETT LAW OFFICE, P.C.**
Attorney for Defendant,


s/ J. Steven Beckett
**J. STEVEN BECKETT**, Counsel for Defendant


**J. STEVEN BECKETT**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mails: steve@beckettlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2018, I electronically filed the above *Entry of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Eugene Miller, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**

and I hereby certify that on February 26, 2018, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

                         Respectfully submitted,

                         s/ J. Steven Beckett
                         **J. STEVEN BECKETT**, Counsel for Defendant

**J. STEVEN BECKETT**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: steve@beckettlawpc.com