UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.   16CR20044 |
| | ) | |
| EDWIN GIRE and GRAYSON ENTERPRISES, | ) | |
| dba GIRE ROOFING, | ) | |
| Defendants. | ) | |

## MOTION TO VACATE SENTENCING HEARING AND RESCHEDULE

**NOW COMES** the Defendant EDWIN GIRE and GRAYSON ENTERPRISES, INC. dba GIRE ROOFING, by their attorney J. Steven Beckett, Beckett Law PC and for his Unopposed Motion to Vacate Sentencing Hearing and states:

1. This matter is currently set for sentencing hearing on June 13, 2018 at 3:00 p.m.

2. That the initial Pre-Sentence Investigation Report (PSR) has not been prepared

3. That Defense Counsel initially entered his appearance, replacing trial counsel, on behalf of both Defendants, EDWIN GIRE and GRAYSON ENTERPRISES, INC. dba GIRE ROOFING; however, when reviewing the case and meeting with the U. S. Probation Officer assigned to do the pre-sentence report, counsel determined that the interests of the defendants are not identical for sentencing, restitution or the issue of possible forfeiture, and advised that separate counsel would be sought for GRAYSON ENTERPRISES, INC. Counsel believes based on conversations with new counsel that an Entry of Appearance of counsel for GRAYSON will occur forthwith, and upon filing current counsel will withdraw from representing GRAYSON ENTERPRISES, INC. in this cause.

4. On May 2, 2018 defense counsel was contacted by the U. S. Probation Officer assigned to prepare the Pre-Sentence Report in this cause. She advised that the report involved complex issues and that based on the complexity, as well as the appearance of new counsel on behalf of the defendant corporation, she would need more time to prepare the initial disclosure and complete the process to have a final pre-sentence report. She is unable to meet the current schedule given the circumstances of this case and given the current scheduled sentencing date. Furthermore, the U. S. Probation Office is required to interview an authorized representative from Grayson Enterprises, Inc. and is unable to do so at present given the issue of separate counsel.

5. Counsel for the Government and the defense have conferred regarding the requested delay, and while the Government would be ready on June 13, 2018 to go forward with a sentencing hearing in this cause, the Asst. U. S. Attorney understands and accepts the reasoning behind the request of the U. S. Probation Officer for more time to complete the reports required in this case. It was agreed that defense counsel would file a Motion to Vacate the Sentencing Hearing and To Reschedule without any agreement from the Government.

6. Due to other conflicting events, defense counsel suggested to the U. S. Probation Officer that a date after July 20, 2018 would be requested for the sentencing hearing in this cause and she agreed that this was a good schedule for her. The Government advised that it would be ready on any date set by the Court, however, the Asst. U. S. Attorney assigned to this case is involved in capital litigation from July 23 to August 10, 2018, so that if the motion is allowed, the Government would request a date after August 10, 2018.

7. The Defendant ED GIRE and Defendant GRAYSON ENTERPRISES, INC. have been fully advised about this request that the Court set this matter for sentencing hearing after July 20, 2018 or at a time that is best convenient for the Court.

8. The request for a new sentencing date is sought in the interest of justice and not for purposes of delay.

WHEREFORE the Defendant EDWIN GIRE and GRAYSON ENTERPRISES, INC. pray that the Court vacate the sentencing hearing set for June 13, 2018 at 3:00 p.m.. and re-schedule the matter for a date after July 20, 2018, consistent with the Court's calendar, and for such other relief deemed just and appropriate.

Respectfully submitted,
**EDWIN GIRE and GRAYSON ENTERPRISES, INC.**, Defendants,


s/J. Steven Beckett

**J. STEVEN BECKETT**, Counsel for Defendant


**J. STEVEN BECKETT**
**BECKETT LAW OFFICES PC**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: steve@beckettlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2018, I electronically filed the above *Unopposed Motion to Vacate Sentencing Hearing* with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**AUSA, Eugene Miller - 201 S. Vine Street, Urbana, IL**

and I hereby certify that on May 3, 2018, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:
**N/A**

s/J. Steven Beckett
**J. STEVEN BECKETT**

**J. STEVEN BECKETT**
**BECKETT LAW OFFICES PC**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: steve@beckettlawpc.com