## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| vs. | ) Case No.   16CR20044 |
|  | ) |
| EDWIN GIRE, | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

**NOW COME LAWRENCE T. SOLAVA** of the law firm **BECKETT LAW OFFICE, P.C.**, enters his appearance as counsel on behalf of the Defendant, **EDWIN GIRE**, in the above-entitled cause.

       **BECKETT LAW OFFICE, P.C.**
       Attorney for Defendant,


       s/ Lawrence T. Solava
       **LAWRENCE T. SOLAVA**, Counsel for Defendant

**LAWRENCE T. SOLAVA**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mails: lawrence@beckettlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, I electronically filed the above *Entry of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Eugene Miller, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**

**Peter Wise - Peter Wise - 1231 S 8th St, Springfield, IL**

and I hereby certify that on August 23, 2018, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

Respectfully submitted,

s/ Lawrence T. Solava
**LAWRENCE T. SOLAVA**, Counsel for Defendant

**LAWRENCE T. SOLAVA**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mails: lawrence@beckettlawpc.com