UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.   16CR20044 |
| | ) | |
| EDWIN GIRE and GRAYSON ENTERPRISES, dba GIRE ROOFING, | ) ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW FROM GRAYSON ENTERPRISES, INC.**

**NOW COMES** J. STEVEN BECKETT, of Beckett Law Office PC, and moves to withdraw as counsel of record for Defendant, GRAYSON ENTERPRISES, INC. dba Gire Roofing and states as follows:

1. That on Feb. 15, 2018 Counsel entered his appearance for Edwin J. Gire and Grayson Enterprises, Inc. in this case.

2. That during the course of Counsel's investigation, he determined that it was in the interest of justice that Grayson Enterprises, Inc. have separate counsel.

3. That D. PETER WISE has entered his appearance for GRAYSON ENTERPRISES, INC.

4. That J. STEVEN BECKETT requests that his appearance as counsel of record, solely as to GRAYSON ENTERPRISES, INC. be withdrawn.  He will continue to be counsel of record for EDWIN J. GIRE

**WHEREFORE** Counsel J. STEVEN BECKETT prays that the Court will order his

1

withdrawal as counsel of record for GRAYSON ENTERPRISES, INC. and for such other relief deemed just and appropriate.

>  **BECKETT LAW OFFICE, P.C.**
>  Attorney for Defendant,
>
>
>  s/ J. Steven Beckett
>  **J. STEVEN BECKETT**, Counsel for Defendant

**J. STEVEN BECKETT**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mails: steve@beckettlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, I electronically filed the above ***Motion to Withdraw*** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Eugene Miller, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**

**Peter Wise - 1231 S 8th St, Springfield, IL**

and I hereby certify that on August 23, 2018, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

        Respectfully submitted,

        s/ J. Steven Beckett
        **J. STEVEN BECKETT**, Counsel for Defendant

**J. STEVEN BECKETT**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: steve@beckettlawpc.com