E-FILED
Wednesday, 06 February, 2019  04:03:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
OF THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)  Case No. 16-cr-20044<br>EDWIN J. GIRE and GRAYSON  )<br>ENTERPRISES, INC. d/b/a GIRE  )<br>ROOFING,  )<br>)<br>Defendants.  ) | |

**<u>PRELIMINARY ORDER OF FORFEITURE</u>**

Pursuant to 18 U.S.C. § 982 and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court finds as follows:

1. The Indictment herein sought forfeiture, pursuant to 18 U.S.C. § 982(a)(6), of any property that was used to facilitate, or was intended to facilitate, the commission of any offense alleged in the Indictment of which Defendants were convicted, including, but not limited to, the real property identified as 309 West Hensley Road, Champaign, Illinois 61822.

2. On January 31, 2018, following a bench trial, Defendants, Edwin J. Gire and Grayson Enterprises, Inc., were

convicted of the offenses alleged in Counts 5 through 7 of the Indictment.

3. Based upon the evidence presented at trial, the Government has established the requisite nexus between the real property to be forfeited and the offenses charged in Counts 5 through 7 of the Indictment, of which the Defendants have been convicted, and that said property is, therefore, subject to forfeiture to the United States.

Accordingly, it is hereby ordered, adjudged, and decreed as follows:

A. All right, title, and interest in and to the real property identified as 309 West Hensley Road, Champaign, Illinois 61822 is hereby forfeited to the United States subject to the provisions of 18 U.S.C. § 982, incorporating by reference the provisions of 21 U.S.C. § 853, and the United States is hereby authorized to seize said property for disposition in accordance with law.

B. The above-mentioned property is to be held by the United States until further Order of this Court.

C. Pursuant to 21 U.S.C. § 853, the United States shall, to the extent practicable, provide direct written notice to any persons

known to have alleged an interest in the seized property, and shall publish notice of this Order and the Government's intent to dispose of the property in the manner prescribed by the Attorney General, and notice that any person, other than the Defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on John D. Hoelzer, Assistant United States Attorney, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. Publication may consist of posting notice for a period of thirty (30) days on www.forfeiture.gov, an internet site maintained by the U.S. Department of Justice.

    D.    Upon adjudication of all third-party interest, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(1).

ENTER: February 6, 2019

/s/ Sue E. Myerscough
U.S. District Judge Sue E. Myerscough