**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.      16-CR-20044 |
| ) | |
| EDWIN J. GIRE and GRAYSON ENTERPRISES ) | |
| **INC., d/b/a GIRE ROOFING,** ) | |
| ) | |
| **Defendants.** ) | |

# NOTICE OF APPEAL

Defendant, EDWIN J. GIRE, appeals to the Seventh Circuit United States Court of Appeals from the judgement and sentence imposed by docket order on February 7, 2019 and written judgment order filed on February 13, 2019.

Respectfully submitted,

EDWIN J. GIRE, Defendant

By:     */s/J. Steven Beckett*
         J. Steven Beckett, His Attorney

**J. STEVEN BECKETT**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: steve@beckettlawpc.commailto:steve@beckettwebber.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2019, I electronically filed the above **Notice of Appeal** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Eugene Miller, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**

**Peter Wise, Gates, Wise, Schlosser, & Goebel, 1231 S. 8th St., Springfield, IL**

and I hereby certify that on February 14, 2019, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

Respectfully submitted,

EDWIN J. GIRE, Defendant

By:   */s/J. Steven Beckett*
      J. Steven Beckett, His Attorney

**J. STEVEN BECKETT**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: steve@beckettlawpc.commailto:steve@beckettwebber.com