# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 1, 2019

To:  Shig Yasunaga
UNITED STATES DISTRICT COURT
Central District of Illinois
U.S. Courthouse
Urbana , IL 61802-3369

|  | |
|---|---|
| No. 19-1284 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>EDWIN J. GIRE, Defendant - Appellant |

| Originating Case Information: |
|---|
| District Court No: 2:16-cr-20044-SEM-TSH-1<br>Central District of Illinois<br>District Judge Sue E. Myerscough |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                    F.R.A.P. 42(b) and C.R. 51(f)

STATUS OF THE RECORD:               no record to be returned

This notice sent to:

[x]        United States Probation Officer

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                **Received by:**

_____05/01/2019_____        ___s/S. Niemann_____

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 1, 2019

*By the Court:*

| | |
|---|---|
| No. 19-1284 | UNITED STATES OF AMERICA, <br> Plaintiff - Appellee <br><br> v. <br><br> EDWIN J. GIRE, <br> Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 2:16-cr-20044-SEM-TSH-1 <br> Central District of Illinois <br> District Judge Sue E. Myerscough | |

Upon consideration of **APPELLANT EDWIN GIRE'S MOTION TO DISMISS APPEAL**, filed on April 29, 2019, by counsel for Appellant Edwin Gire,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b) and Circuit Rule 51(f).